**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND and OHIO CONFERENCE OF TEAMSTERS & INDUSTRY HEALTH & WELFARE,** | **CIVIL ACTION** |
| **Plaintiffs,** | **NO.  24-5303** |
| **v.** | |
| **DAVID R. MANDEL, M.D., DAVID R. MANDEL, M.D., INC., UNITED BIOSOURCE CORPORATION, now known as "UNITED BIOSOURCE," a wholly owned subsidiary of United Biosource Holdings, Inc., EVERNORTH HEALTH, INC., formerly known as "EXPRESS SCRIPTS HOLDING COMPANY," EXPRESS SCRIPTS, INC., PRIORITY HEALTHCARE CORP., doing business as "CURASCRIPT SD," PROIRITY HEALTHCARE DISTRIBUTION, INC., doing business as "CURASCRIPT SPECIALTY DISTRIBUTION SD," CURASCRIPT SD and ACCREDO HEALTH GROUP, formerly known as "CURASCRIPT S.P.,"** | |
| **Defendants.** | |

# O R D E R

**AND NOW**, this 30th day of March, 2026, upon consideration of the Motion to Dismiss the Complaint (ECF No. 24) filed by United Biosource Corporation; Evernorth Health, Inc.; Express Scripts, Inc.; Priority Healthcare Corp.; Priority Healthcare Distribution, Inc.; Curascript SD; and Accredo Health Group, Inc. (together, the "Express Scripts Entities"), the response in opposition (ECF No. 29) filed by the Cleveland Bakers and Teamsters Health and Welfare Fund

("Cleveland Bakers") and Ohio Conference of Teamsters & Industry Health & Welfare Fund ("Ohio Teamsters") (together, "Plaintiffs"), and the Express Scripts Entities' reply to Plaintiffs' opposition (ECF No. 30), as well as the Motion to Dismiss the Complaint (ECF No. 46 (together with ECF No. 24 the "Motions to Dismiss")) filed by David R. Mandel, M.D. and David R. Mandel, M.D., Inc. and Plaintiffs' response in opposition (ECF No. 48), it is hereby **ORDERED** that the Motions to Dismiss are **GRANTED**, as follows:

1. Counts 3–6 and 9 of Plaintiffs' Complaint are **DISMISSED WITH PREJUDICE**.

2. Counts 1–2 and 7–8 of Plaintiffs' Complaint are **DISMISSED WITHOUT PREJUDICE**.

3. Count 10 is **DISMISSED WITH PREJUDICE** as it pertains to Counts 3–6 and 9 and is **DISMISSED WITHOUT PREJUDICE** as it pertains to Counts 1–2 and 7–8.

The Court grants Plaintiffs leave to replead Counts 1–2 and 7–8 to correct the deficiencies noted in the accompanying memorandum on or before **April 20, 2026.**

Also before the Court are the Parties' notices of supplemental authority in support of their briefing on the Motions to Dismiss (ECF Nos. 31, 32, 33, 49, 50, 51), as well as Plaintiffs' Motion to Strike the Express Scripts Defendants' Notices of Supplemental Authority (ECF No. 34), the Express Scripts Defendants' response thereto (ECF No. 35), and Plaintiffs' reply in further support of their Motion to Strike (ECF No. 38). For the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Strike is **DENIED AS MOOT.**

> **BY THE COURT:**
>
> **/s/ Hon. Kelley B. Hodge**
> _____
> **HODGE, KELLEY B., J.**